# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collins, Daniel P. | Bankruptcy Court Arizona | 04/16/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

230 N. 1st Avenue, Suite 603
Phoenix, Arizona 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Arizona Law School Board of Visitors |
| 2. | Board of Directors | American Bankruptcy Institute |
| 3. | Board of Governors | National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Mountain View Family Physicians, PLLC - K-1 income from medical practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 03/05/17 to 03/07/17 | New York City, NY | Judge 1992-2017 Duberstein Bankruptcy Moot Court Competition | Transportation. meals and lodging. |
| 2. | American Bankruptcy Institute | 04/19/17 to 04/22/17 | Washington, DC | Speaker at 2017 Annual Spring Meeting | Transportation, meals and lodging. |
| 3. | Arizona State Bar | 06/15/17 to 06/16/17 | Tucson, Arizona | Speaker at Arizona State Bar Convention. | Mileage and lodging. |
| 4. | American Bankruptcy Institute | 09/06/17 to 09/09/17 | San Diego, CA | Speaker at 2017 Southwest Bankruptcy Conference | Transportation, meals and lodging. |
| 5. | National Conference of Bankruptcy Judges | 10/07/17 to 10/11/17 | Las Vegas, NV | Speaker at 2017 Conference | Transportation and lodging. |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Collins, Daniel P. | 04/16/2018 |

| 6. | American Bankruptcy Institute | 11/30/17 to 12/02/17 | La Quinta, CA | Speaker at 2017 Winter Leadership Conference | Transportation, meals and lodging. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 04/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | University of Southern California | College Tuition | K |
| 2. | Loyola Marymount University | College Tuition | K |
| 3. | Brophy College Preparatory | High School Tuition | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mountain View Family Physicians, PLLC -- Medical Practice | | None | J | W | | | | | |
| 2. 401K #1 | | | | | | | | | |
| 3. -- Oppenheimer Funds-Cash Reserves | A | Int./Div. | K | T | | | | | |
| 4. --Oppenheimer Funds-Rising Dividends Fund | | None | | | Sold | 10/20/17 | K | | |
| 5. --Oppenheimer Funds-Discovery Fund | E | Int./Div. | M | T | | | | | |
| 6. --Oppenheimer Funds-Small and MidCap Value Fund | D | Int./Div. | L | T | | | | | |
| 7. --Oppenheimer Funds-International Diversified Fund | E | Int./Div. | L | T | | | | | |
| 8. --Oppenheimer Funds-Real Estate Fund | | None | | | Sold | 03/31/17 | K | | |
| 9. --Oppenheimer Funds-Capital Income Fund | G | Int./Div. | M | T | Buy (add'l) | 10/20/17 | M | | |
| 10. --Oppernheimer Funds-Global Fund | D | Int./Div. | K | T | | | | | |
| 11. --Global Opportunities Fund | E | Int./Div. | M | T | | | | | |
| 12. --Discovery Mid Cap Growth Fund | D | Int./Div. | K | T | | | | | |
| 13. --Main Street Fund | D | Int./Div. | L | T | | | | | |
| 14. --Main Street Small Cap Fund | | None | | | Sold | 10/20/17 | L | | |
| 15. --Total Return Bond Fund R | A | Int./Div. | K | T | Buy | 03/31/17 | K | | |
| 16. 401K #2 | | | | | | | | | |
| 17. --Schwab Investor Money Fund | | None | | | Sold | 03/02/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Manning & Napier Pro-Blend Cnsrv Term 5 | | None | | | Sold | 03/02/17 | N | | |
| 19. --Vanguard Total Bond Market Index Inv | | None | | | Sold | 03/02/17 | J | | |
| 20. --Vanguard Federal Money Market Fund | B | Int./Div. | K | T | Buy | 03/03/17 | K | | |
| 21. --Voya Intermediate Bond Fund - R6 | D | Int./Div. | M | T | Buy | 03/02/17 | L | | |
| 22. --DFA Inflation Protected Securities Portfolio Inst | D | Int./Div. | L | T | Buy | 03/02/17 | L | | |
| 23. --Vanguard STAR-Inv | E | Int./Div. | M | T | Buy | 03/02/17 | M | | |
| 24. --Vanguard Value Index Fund - Admiral | D | Int./Div. | L | T | Buy | 03/03/17 | L | | |
| 25. Allianz--Bonus Dex Annuity | A | Int./Div. | K | T | | | | | |
| 26. Allianz--Accumulator Bonus Maxx Annuity | A | Int./Div. | K | T | | | | | |
| 27. IRA #1 | | | | | | | | | |
| 28. --AllianceBernstein Discovery | B | Int./Div. | K | T | | | | | |
| 29. --Eaton Vance Dividend Builder | C | Int./Div. | K | T | | | | | |
| 30. --Fidelity Advisors New Insights C Fund | B | Int./Div. | J | T | | | | | |
| 31. --Franklin Income FDS | B | Int./Div. | J | T | | | | | |
| 32. --Ivy Asset Strategy Fund | C | Int./Div. | K | T | | | | | |
| 33. --Templeton Global Bond Fund | A | Int./Div. | K | T | | | | | |
| 34. --Pershing Prime Reserves Money Market | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #2 | | | | | | | | | |
| 36. --Fidelity Advisors New Insights C Fund | | None | | | Sold | 09/13/17 | K | | |
| 37. --Templeton Select Shares Money Market Fund | E | Int./Div. | K | T | Buy (add'l) | 09/13/17 | K | | |
| 38. IRA #4 | | | | | | | | | |
| 39. --Vanguard - WellingtonAdmiral Fund | D | Int./Div. | M | T | | | | | |
| 40. --Vanguard - Windsor II Admiral Fund | E | Int./Div. | M | T | Buy (add'l) | 04/13/17 | J | | |
| 41. IRA #5 | | | | | | | | | |
| 42. --Vanguard-Wellington Admiral Fund | D | Int./Div. | L | T | | | | | |
| 43. --Vanguard - Windsor II Admiral Fund | E | Int./Div. | M | T | Buy (add'l) | 04/13/17 | J | | |
| 44. Athene -- Retirement Annuity | A | Int./Div. | K | T | | | | | |
| 45. JP Morgan Chase Bank - savings and checking accounts | A | Interest | K | T | | | | | |
| 46. Janus Fund - | E | Int./Div. | M | T | | | | | |
| 47. Vanguard - 500 Index Fund - MJC | C | Int./Div. | K | T | | | | | |
| 48. Vanguard 529 Plan - AMC | | | | | | | | | |
| 49. --Mid-Cap Index | D | Int./Div. | K | T | | | | | |
| 50. --Small-Cap Index | D | Int./Div. | K | T | | | | | |
| 51. --Total International Stock Index | D | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Value Index | C | Int./Div. | K | T | | | | | |
| 53. Vanguard 529 Plan - MJC | | | | | | | | | |
| 54. -- Aggress Growth | E | Int./Div. | L | T | | | | | |
| 55. -- Small-Cap Index | D | Int./Div. | L | T | | | | | |
| 56. -- Total International Stock Index | D | Int./Div. | K | T | | | | | |
| 57. American Funds | | | | | | | | | |
| 58. -- Growth Fund of America 529C-KVC | E | Int./Div. | L | T | | | | | |
| 59. -- Growth Fund of America 529C - AMC | D | Int./Div. | L | T | | | | | |
| 60. Merrill Lynch-MILM Equity Portfolio S Fund - MJC | | None | | | Sold | 01/26/17 | K | | |
| 61. Franklin Templeton-Aged Based Growth Asset Allocation 13-16 - MJC | D | Int./Div. | K | T | | | | | |
| 62. Fidelity -- AZ Aggressive Growth - KVC | D | Int./Div. | K | T | | | | | |
| 63. Fidelity -- AZ Aggressive Growth - AMC | B | Int./Div. | K | T | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 04/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4, Oppenheimer Funds - Rising Dividends Fund was sold on 10/20/17 to fund the purchase of Oppenheimer Funds - Capital Income Fund (line 9).

Part VII, line 8, Oppenheimer Funds - Real Estate Fund was sold on 03/31/17 to fund the purchase of Oppenheimer Funds - Total Return Bond Fund R (line 15).

Part VII, line 9, Oppenheimer Funds - Capital Income Fund was funded on 10/20/17 from the sale of Oppenheimer Funds - Rising Dividends Fund (line 4) and Main Street Small Cap Fund Class R (line 14).

Part VII, line 14, Oppenheimer Funds - Main Street Small Cap Fund was sold on 10/20/17 to fund the purchase of Oppenheimer Funds - Capital Income Fund (line 9).

Part VII, line 15, Oppenheimer Funds - Total Return Bond Fund R was funded on 03/31/17 by the sale of Real Estate Fund (line 8).

Part VII, lines 17-19, 401K #2, Schwab Investor Money Fund, Manning & Napier Pro-Blend Cnsrv Term 5 and Vanguard Total Bond Market Index Inv were sold on 03/02/17 to fund the purchase of Vanguard Federal Money Market Fund (line 20), Voya Intermediate Bond R6 (line 21), DFA Inflation Protected Securities Portfolio Inst(line 22), Vanguard STAR-Inv (line 23) and Vanguard Value Index Fund - Admiral (line 24).

Part VII, line 36, IRA #2, Fidelity Advisors New Insights C Fund was sold on 09/13/17 to fund the purchase of Templeton Select Shares Money Market Fund (line 37).

Part VII, line 37, IRA #2, Templeton Select Shares Money Market Fund was funded on 09/13/17 by the sale of Fidelity Advisors New Insights C Fund (line 36).

Part VII, line 60, Merrill Lynch-MILM Equity Portfolio S Fund - MJC was sold on 01/26/17.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel P. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544